Broderick, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8.4.14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

NIEISHA GARRIS and DAMON SHELLEY,

                                     Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                     Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 2901 (VSB) (MHD)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice.

Stecklow Cohen & Thompson
*Attorneys for Plaintiff*
10 Spring Street Ste. 1
New York, New York 10012

By: _____
    Sam Cohen

Dated: New York, New York
          August 4, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Lovelock, Zozzaro, Lohman, Dammacco and Zummo*
100 Church Street, Rm. 3-156
New York, New York 10007

By: _____
    Elissa B. Jacobs
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE